# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **WILLARD H. CAIN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:24-cv-01808-ACA-HNJ |
| ) | |
| **GWENDOLYN BABERS, et al.,** ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on April 28, 2025, recommending that the court deny Petitioner Willard H. Cain's habeas petition brought pursuant to 28 U.S.C. § 2254 and dismiss his claims without prejudice to allow Mr. Cain an opportunity to properly exhaust his claims in state court. (Doc. 11). Although the report notified the Mr. Cain of his right to object within fourteen calendar days (*id*. at 16–17), the court has not received any objections or other communication from the Mr. Cain.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Mr. Cain's § 2254 petition (doc. 1) is due to be **DENIED**, and his claims are due to be **DISMISSED WITHOUT PREJUDICE** for Mr. Cain's failure to exhaust his state-court

remedies. Mr. Cain may re-file his claims after he properly exhausts said claims in state court. A final judgment will be entered.

**DONE** and **ORDERED** this May 29, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE